**Order filed December 11, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00479-CV
_____

**SHRIHARI ENTERPRISES, INC, Appellant**

**V.**

**SATIESH Y. RAO AND SAI & SAI, INC, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-54280**

---

## ORDER

The reporter's record in this case was due **July 3, 2012** . *See* Tex. R. App. P. 35.1. On August 30, 2012, this court ordered the court reporter to file the record within 30 days. On October 19, 2012, this court granted a request for a 30-day extension of time to file the record with the notation that no further extensions would be entertained absent exceptional circumstances. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM